Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                Case No.:  20−11843−VFP
                                Chapter:  13
                                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hudy Muldrow, Jr.
   346 Hamilton Ave
   Paterson, NJ 07501−1618

Social Security No.:
   xxx−xx−8373

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/6/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 6, 2020
JAN: mcp

                                                                             Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 20-11843-VFP
Hudy Muldrow,, Jr.                                                                  Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Apr 06, 2020
                              Form ID: 148             Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2020.
db             #Hudy Muldrow,, Jr.,    346 Hamilton Ave,    Paterson, NJ  07501-1618
cr             +PROBER & RAPHAEL,,    346-348 Hamilton Ave. Paterson NJ 07522,
                20750 Ventura Boulevard, Suite 100,    Woodland Hills,, CA 91364-6207
518774302      +Kondaur Capital Corporation et al.,    c/o Kondaur Capital Corporation,
                333 South Anita Drive, Suite 400,    Orange, CA 92868-3314,
                Kondaur Capital Corporation et al.,    c/o Kondaur Capital Corporation 92868-3314
518774301       Kondaur Capital Corporation et al.,    c/o Kondaur Capital Corporation,
                333 South Anita Drive, Suite 400,    Orange, CA 92868-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 07 2020 01:05:13      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 07 2020 01:05:10      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ  07102-5235
cr             +EDI: RMSC.COM Apr 07 2020 04:28:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                PO BOX 41021,    Norfolk, VA 23541-1021
518695342      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 07 2020 01:05:31
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd Fl 8,    Coral Gables, FL 33146-1873
518740491      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 07 2020 01:05:31
                Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                Coral Gables, FL 33146-1873
518757432      +EDI: AIS.COM Apr 07 2020 04:28:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
518707602       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2020 01:09:30      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518781523      +EDI: JEFFERSONCAP.COM Apr 07 2020 04:28:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518696213      +EDI: RMSC.COM Apr 07 2020 04:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jenelle C Arnold    on behalf of Creditor    BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED
               LIABILITY COMPANY bkecfinbox@aldridgepite.com,    jarnold@ecf.courtdrive.com
              Keri P. Ebeck    on behalf of Creditor    Kondaur Capital Corporation, not in its individual
               capacity but solely in its capacity as Separate Trustee of Matawin Ventures Trust Series 2019-4
               kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Robert L. Sweeney    on behalf of Debtor Hudy  Muldrow,, Jr. rsweeneylaw@aol.com,
               G6120@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Apr 06, 2020
                              Form ID: 148               Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6